**Order filed May 24, 2022.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00284-CV
_____

**ALONZO MEJORADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No. 1 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI63118**

---

# O R D E R

The notice of appeal in this case was filed April 14, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **June 14, 2022.** *See id.* If appellant fails to timely pay the fee, the appeal may be dismissed for want of prosecution.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.